

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00501-CV

**OFFICE OF THE ATTORNEY GENERAL**,
Appellant

v.

Blanca **DE LEON**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,248
Honorable Paul Canales, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED. We RENDER JUDGMENT that Appellee Blanca De Leon take nothing. Costs of this appeal are taxed against Appellee Blanca De Leon.

SIGNED December 31, 2014.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Jose A. Lopez is the presiding judge of the 49th Judicial District Court. Judge Canales was the visiting judge who conducted the bench trial, signed the declaratory judgment, and conducted the hearing on OAG's motion for new trial.